UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Cobbler Nevada, LLC

                       Plaintiff,

v.                                                 Case No.: 1:15−cv−08398

                                                           Honorable Ruben Castillo

Does 1−20

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2015:

      MINUTE entry before the Honorable Ruben Castillo:After careful review of this recently filed complaint, said Doe complaint is dismissed without prejudice to the filing of any amended complaint which expressly names any appropriate defendant(s). Plaintiff's counsel is hereby authorized to proceed and issue subpoena(s) to determine the identity of the Doe defendant(s). All discovery and third party subpoena(s) must be complied with even though the initial Doe complaint is dismissed without prejudice. Finally, plaintiff's counsel is gently reminded that the joinder of multiple defendants in one lawsuit must be supported by concerted action of the defendants.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.